FORM 13

# UNITED STATES COURT OF INTERNATIONAL TRADE
One Federal Plaza
New York, New York  10278

## DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

This notification is submitted by  Angela M. Santos _____
(Name of attorney of record)

on behalf of ___Blockstream Services USA Inc._____ in the matter of  Blockstream Services USA Inc._____ v. United States_____,
Court No.  22-00101_____.

1. If this statement is submitted on behalf of a corporate party, that entity shall identify below all of its publicly-owned companies, any publicly-held company that has a 10% or greater ownership interest in the entity, and any publicly-owned affiliate of the entity, and describe the relationship between the party and each identified company.
 None
_____
_____

2. Indicate whether the party on whose behalf this Form is being filed is ☑ or is not ☐ the real party in interest.  If not, identify below the real party in interest.
_____
_____
_____

3. If this statement is submitted on behalf of a trade association, identify below each publicly-owned member of the trade association.  (Attach additional pages if necessary.)
 N/A
_____
_____

| /S/ Angela M. Santos | March 30, 2022 |
|---|---|
| (Signature of Attorney) | (Date) |

**SEE REVERSE SIDE**

(Added Nov. 4, 1981, eff. Jan. 1, 1982; as amended Dec. 18, 2001, eff. Apr.1, 2002; Sept. 28, 2004, eff. January 1, 2005.)

## INSTRUCTIONS FOR USE

## **DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST***

1. When a corporation is a party to any action, the attorney for the party shall notify the clerk of the court in writing of the identity of all publicly-owned companies owned by the party, any publicly-held company that has a 10% or greater ownership interest in the entity and any publicly-owned affiliate of the entity and the relationship between the party and each identified company.

2. The attorney for the party on whose behalf the form is filed shall, in addition to the information required in paragraph 1, notify the clerk of the court in writing of the identity of the real party in interest if different from the named party.

3. When a trade association is a party to an action, the attorney for the trade association shall notify the clerk of the court in writing of the identity of each publicly-owned member of the trade association.

4. The notification required of a corporate party or trade association also shall be made by the attorney for any corporation or trade association seeking to intervene, or appear as *amicus curiae*, in any action.

5. The required notification shall be made on a Disclosure Statement form (on the reverse) to be provided by the clerk of the court when the first pleading or other paper is filed by a party or when a motion to intervene or appear as *amicus curiae* is filed. In accordance with Rule 3(i), if any the information required changes after the form is filed, and before a final judgment is issued, the attorney for the party or *amicus curiae* must promptly file an amended form.

*See generally: 28 U.S.C. § 455.