IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| BLOCKSTREAM SERVICES USA INC., <br><br> *Plaintiff*, <br><br> v. <br><br> THE UNITED STATES <br><br> *Defendant*. | Court No. 22-00101 |

# NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that, pursuant to Rule 75(b) of the Rules of the United States Court of International Trade, **Angela M. Santos** with the law firm of ARENTFOX SCHIFF LLP appears as attorney for Blockstream Services USA Inc., Plaintiff in this action, and requests that all papers be served upon **Angela M. Santos** at the address below. Ms. Santos's e-mail address is: angela.santos@afslaw.com. The individual attorney who is responsible for the litigation is **Angela M. Santos**.

Dated: March 30, 2022

**/s/ Angela M. Santos**
Angela M. Santos
ARENTFOX SCHIFF LLP
1301 Avenue of the Americas, Floor 42
New York, NY 10019
Telephone: (212) 484-3925

IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| BLOCKSTREAM SERVICES USA INC., <br><br> *Plaintiff*, <br><br> v. <br><br> THE UNITED STATES <br><br> *Defendant*. | Court No. 22-00101 |

# NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that, pursuant to Rule 75(b) of the Rules of the United States Court of International Trade, **Jackson D. Toof** with the law firm of ARENTFOX SCHIFF LLP appears as attorney for Blockstream Services USA Inc., plaintiff in this action, and requests that all papers be served upon **Jackson D. Toof** at the address below.  Mr. Toof's e-mail address is: Jackson.toof@afslaw.com.  The individual attorney who is responsible for the litigation is **Angela M. Santos**.

Dated:  March 30, 2022

/s/ Jackson D. Toof
Jackson D. Toof
ARENTFOX SCHIFF LLP
1717 K Street, N.W.
Washington, DC 20006-5344
Telephone: (202) 857-6130

IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

|  |  |
|---|---|
| BLOCKSTREAM SERVICES USA INC., <br><br> *Plaintiff*, <br><br> v. <br><br> THE UNITED STATES <br><br> *Defendant*. | ) <br> ) <br> ) <br> ) <br> )     Court No. 22-00101 <br> ) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that, pursuant to Rule 75(b) of the Rules of the United States Court of International Trade, **Leah N. Scarpelli** with the law firm of ARENTFOX SCHIFF LLP appears as attorney for Blockstream Services USA Inc., plaintiff in this action, and requests that all papers be served upon **Leah N. Scarpelli** at the address below.  Ms. Scarpelli's e-mail address is: leah.scarpelli@afslaw.com.  The individual attorney who is responsible for the litigation is **Angela M. Santos**.

Dated:  March 30, 2022                                             **/s/ Leah N. Scarpelli**
                                                                                                            Leah N. Scarpelli
                                                                                                            ARENTFOX SCHIFF LLP
                                                                                                            1717 K Street, N.W.
                                                                                                            Washington, DC 20006-5344
                                                                                                            Telephone: (202) 715-8403

IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| BLOCKSTREAM SERVICES USA INC.,<br><br>   *Plaintiff*,<br><br>  v.<br><br>THE UNITED STATES<br><br>   *Defendant*. | Court No. 22-00101 |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that, pursuant to Rule 75(b) of the Rules of the United States Court of International Trade, **Christine E. Hintze** with the law firm of ARENTFOX SCHIFF LLP appears as attorney for Blockstream Services USA Inc., plaintiff in this action, and requests that all papers be served upon **Christine E. Hintze** at the address below. Ms. Hintze's e-mail address is: Christine.hintze@afslaw.com. The individual attorney who is responsible for the litigation is **Angela M. Santos**.

Dated: <u>March 30, 2022</u>

                           **/s/ Christine E. Hintze**
                           Christine E. Hintze
                           ARENTFOX SCHIFF LLP
                           1301 Avenue of the Americas, Floor 42
                           New York, NY 10019
                           Telephone: (212) 457-5484