**UNITED STATES COURT OF INTERNATIONAL TRADE**

| | |
|---|---|
| Blockstream Services USA Inc.<br><br>PLAINTIFF,<br><br>V.<br><br>United States<br><br>DEFENDANT. | Court Number: 22-00101<br><br>**CUSTOMS CASE MANAGEMENT CALENDAR** |

## ORDER OF DISMISSAL

This action, previously placed in the above entitled calendar and not removed therefrom at the expiration of the applicable period of time of removal, is hereby dismissed for lack of prosecution pursuant to Rule 83(c).

Date: 4/1/2024

Mario Toscano
Clerk of the Court

By:  /s/ Stephen Swindell

Deputy Clerk