IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| BLOCKSTREAM SERVICES USA INC., <br><br> *Plaintiff,* <br><br> v. <br><br> THE UNITED STATES <br><br> *Defendant.* | ) ) ) ) ) ) ) ) ) ) ) )  Court No. 22-00101 |

### ORDER

Upon consideration of Plaintiff Blockstream Services USA Inc.'s unopposed Motion To Set Aside Dismissal And To Reopen Case, and upon all papers and proceedings herein, it is hereby

**ORDERED**, that Plaintiff's Motion To Set Aside Dismissal And To Reopen Case is granted; and it is further

**ORDERED**, that the Court's order entered on April 1, 2024, ECF No. 8, dismissing the above-referenced case is vacated; and it is further

**ORDERED**, that the action is to remain on the Customs Case Management Calendar until, and including, March 31, 2026.

**SO ORDERED**.

Dated: April 4, 2024  
New York, New York

/s/     Gary S. Katzmann  
                Judge

AFDOCS:199778537.4